

**Your Missouri Courts .net**

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print                    Logon

**2022-CC00139 - REGINALD CARTER V LOGISTICARE SOLUTIONS LLC (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ⦿ Descending ○ Ascending     Display Options: All Entries

| | |
|---|---|
| 02/18/2020 | **Affidavit Filed** |
| | Affidavit of Service. |
| | **Filed By:** WILLIAM KIERAN MEEHAN |
| | **On Behalf Of:** REGINALD CARTER |
| 02/13/2020 | **Corporation Served** |
| | Document ID - 20-SMCC-457; Served To - LOGISTICARE SOLUTIONS LLC; Server - ; Served Date - 29-JAN-20; Served Time - 12:30:00; Service Type - Sheriff Department; Reason Description - Served |
| 02/07/2020 | **Jury Trial Scheduled** |
| | **Scheduled For:** 07/06/2020; 9:00 AM ; REX M BURLISON; City of St. Louis |
| 01/23/2020 | **Summons Issued-Circuit** |
| | Document ID: 20-SMCC-457, for LOGISTICARE SOLUTIONS LLC. |
| 01/22/2020 | **Filing Info Sheet eFiling** |
| | **Filed By:** WILLIAM KIERAN MEEHAN |
| | **Note to Clerk eFiling** |
| | **Filed By:** WILLIAM KIERAN MEEHAN |
| | **Pet Filed in Circuit Ct** |
| | PETITION - PERSONAL INJURY. |
| | **Filed By:** WILLIAM KIERAN MEEHAN |
| | **On Behalf Of:** REGINALD CARTER |
| | **Judge Assigned** |

**2022-CC00139**

Electronically Filed - City of St. Louis - January 22, 2020 - 04:16 PM

### IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
### STATE OF MISSOURI

| | |
|---|---|
| REGINALD CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause Number: |
| vs. ) | |
| ) | |
| LOGISTICARE SOLUTIONS, LLC., ) | |
| **SERVE:** ) | |
| **REGISTERED AGENT SOLUTIONS, INC.,** ) | |
| 3225-A Emerald Lane ) | |
| Jefferson City, MO 65109 ) | |
| ) | |
| Defendant. ) | |

### PETITION - PERSONAL INJURY

COME NOW Plaintiff REGINDALD CARTER, by and through his counsel and for his cause of action against Defendant, LOGISTICARE SOLUTIONS, LLC., (hereinafter referred to as "LOGISTICARE") does state and allege as follows:

1. On or about July 8, 2019, Defendant LOGISTICARE SOLUTIONS, LLC, was a limited liability company doing business in the State of Missouri and operated a for profit transportation service for medical patients.

2. On or about said date, Michael Lawrence was an agent, employee and representative of Defendant LOGISTICARE and at all times complained of herein was acting within the scope and course of his employment.

3. On or about July 8, 2019, Plaintiff REGINALD CARTER was a passenger on a passenger van operated by Defendant LOGISTICARE through its employee Michael Lawrence.

Electronically Filed - City of St. Louis - January 22, 2020 - 04:16 PM

4.  On or about said date, Defendant LOGISTICARE was operating the passenger van on Salisbury Street at or near its intersection with Interstate 70 both being open and public thoroughfares located in the City of St. Louis, Missouri.

5.  On or about said date, Defendant LOGISTICARE driver Michael Lawrence carelessly and negligently caused the collision with another vehicle which in turn caused Plaintiff serious and permanent personal injuries.

6.  Plaintiff REGINALD CARTER was caused to suffer serious and permanent personal injury as a direct and proximate result of the carelessness and negligence of Defendant LOGISTICARE in the following respects, to wit:

    a.  Defendant LOGISTICARE failed to keep a careful lookout both ahead and laterally for other vehicles on the roadway;

    b.  Defendant LOGISTICARE rear ended another vehicle on the roadway; and

    c.  Defendant LOGISTICARE failed to yield the right-of-way;

7.  As a direct and proximate result of the carelessness and negligence of the Defendant LOGISTICARE as aforesaid, Plaintiff REGINALD CARTER was caused to suffer injuries to his head, cervical spine, torso, lumbar spine, arms and all soft tissues therein were severely sublexed, abraded, strained, sprained and made stiff; sore and swollen; further, all of Plaintiff's bones, ligaments, cartilages, muscles and other soft tissues were damaged; further, Plaintiff suffered pain in the aforementioned area and will continue to suffer and all of Plaintiff's injuries are permanent and progressive.

8. As a direct and proximate result of the carelessness and negligence of the Defendant LOGISTICARE as aforesaid, Plaintiff REGINALD CARTER has suffered medical expenses in the approximate sum of Five Thousand Dollars ($5,000.00) and may have future medical expenses in an amount yet to be determined.

WHEREFORE, Plaintiff REGINALD CARTER prays for a judgment against Defendant LOGISTICARE SOLUTIONS, LLC in a fair and reasonable amount in excess of Twenty-Five Thousand Dollars ($25,000.00) and for his costs in bringing this cause of action; and for such other and further relief as this Court may deem to be proper and just.

**MEEHAN LAW FIRM**

BY: */s/ William K. Meehan*
William K. Meehan, #33686
Attorney for Plaintiff
7165 Delmar, Suite 112
University City, Missouri 63130
(314) 725-9994 (Phone)
(314) 721-9110 (Facsimile)
wkmeehan@wkmeehanpc.com



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: REX M BURLISON | Case Number: 2022-CC00139 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: REGINALD CARTER vs. | Plaintiff's/Petitioner's Attorney/Address WILLIAM KIERAN MEEHAN 7165 DELMAR, SUITE 112 SAINT LOUIS, MO 63130 | Special Process Server 2 |
| | | Special Process Server 3 |
| Defendant/Respondent: LOGISTICARE SOLUTIONS LLC | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | |
| Nature of Suit: CC Pers Injury-Vehicular | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: LOGISTICARE SOLUTIONS LLC
Alias:
AGENT SOLUTIONS INC
3225 A EMERALD LANE
JEFFERSON CITY, MO 65109

**COLE COUNTY**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

January 23, 2020                  _Thomas Kloeppinger_
_____                _____
       Date                                Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____     _____
                             Date                    Notary Public

**Sheriff's Fees, if applicable**
Summons                              $_____
Non Est                              $_____
Sheriff's Deputy Salary
Supplemental Surcharge               $    10.00
Mileage                              $_____ (_____ miles @ $._____ per mile)
**Total**                            $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: REX M BURLISON | Case Number: 2022-CC00139 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: REGINALD CARTER vs. | Plaintiff's/Petitioner's Attorney/Address WILLIAM KIERAN MEEHAN 7165 DELMAR, SUITE 112 SAINT LOUIS, MO 63130 | Special Process Server 2 Special Process Server 3 |
| Defendant/Respondent: LOGISTICARE SOLUTIONS LLC Nature of Suit: CC Pers Injury-Vehicular | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: LOGISTICARE SOLUTIONS LLC
Alias:
AGENT SOLUTIONS INC
3225 A EMERALD LANE
JEFFERSON CITY, MO 65109

**COLE COUNTY**

COURT SEAL OF CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**January 23, 2020**
_____         _____Thomas Kloeppinger_____
Date                                                        Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _Agent Solutions - S.R._ (name) _Designee_ (title).
☐ other: _____

Served at _3225 Emerald Ln, Ste A_ (address)
in _Cole_ (County/City of St. Louis), MO, on _1-29-2020_ (date) at _12:30 pm_ (time).

_Sheriff A.P. Whale_             By _Dep. John Strobel 81_
Printed Name of Sheriff or Server              Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
My commission expires: _____   _____
                          Date                  Notary Public

**Sheriff's Fees, if applicable**
Summons          $_____
Non Est          $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $ 10.00
Mileage          $_____ (_____ miles @ $_____ per mile)
Total            $_____

**ENTERED FEB 18 2020**  LK

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For method of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only: Document Id # 20-SMCC-457*   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - February 18, 2020 - 01:58 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| REGINALD CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause Number: 2022-CC00139 |
| vs. ) | |
| ) | |
| LOGISTICARE SOLUTIONS, LLC., ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF SERVICE

COME NOW Plaintiff REGINALD CARTER, and make his Affidavit of Service on Defendant LOGISTICARE SOLUTIONS, LLC.  Plaintiff requests that the service fee of Thirty and $^{00}/_{100}$ Dollars ($30.00) be taxed in favor of the Plaintiff.

**MEEHAN LAW FIRM**

BY: */s/ William K. Meehan*
William K. Meehan,   #33686
Attorney for Plaintiff
7165 Delmar, Suite 112
University City, Missouri 63130
(314) 725-9994 (Phone)
(314) 721-9110 (Facsimile)
wkmeehan@wkmeehanpc.com