UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD CARTER, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> LOGISTICARE SOLUTIONS, INC., ) </br> ) </br> Defendant. ) </br> ) | Case No. 4:20-cv-0326-AGF |

## ORDER

This matter is before the Court on the parties' joint motion to remand the case to the state court in which it was originally filed. ECF No. 11. Plaintiff filed this personal injury action in the Circuit Court of the City of St. Louis on January 22, 2020. On February 28, 2020, Defendant removed the case to this Court, asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). On May 11, 2020, Plaintiff filed a stipulation stating that the claim as set forth in his petition does not involve an amount in controversy in excess of $75,000. ECF No. 10.

A stipulation that the plaintiff does not seek damages in excess of $75,000 allows the Court to find with legal certainty that the amount in controversy does not meet the criteria for diversity jurisdiction. *Slavin v. State Farm Mut. Auto. Ins. Co.*, No. 4:05CV1968MLM, 2005 WL 3274337, at *3 (E.D. Mo. Dec. 2, 2005).

Upon review of the record and Plaintiff's stipulation, the Court finds that the amount in controversy does not exceed $75,000, and, therefore, the Court lacks jurisdiction in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' motion to remand is **GRANTED**. ECF No. 11.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Circuit Court of the City of St. Louis, Missouri, in which it was filed.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 15th day of May, 2020.